| | | |
|---|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** November 7, 2007 | |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 1180 - 1187 (5065W) | |
| | 10:32 - 10:34 | |

❏ **ARRAIGNMENT**      ❏ **CHANGE OF PLEA**      ❏ **CONSENT PLEA**
❏ **RULE 44(c) HEARING**      ❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker      **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 1:07cr263-SRW      **DEFENDANT NAME:** Sebastian Bernabe
**AUSA:** Emily Maria Ruisanchez      **DEFENDANT ATTORNEY:**

Type counsel (  )Waived; (  )Retained; (  )CJA; (  )FPD
(  ) appointed at arraignment; (  ) standing in for: _____

**PTSO/USPO:**

Interpreter present? ( ✓ )NO; (  )YES    Name:

---

Government's **ORAL MOTION** to continue arraignment.

Court's **ORAL ORDER** granting motion to continue arraignment.

❏ This is defendant's **FIRST APPEARANCE.**

❏ **Financial Affidavit executed. ORAL MOTION** for appointment of Counsel.

❏ **ORAL ORDER** appointing Federal Public Defender.  Notice of Appearance to be filed.

❏ **WAIVER OF INDICTMENT** executed and filed.

❏ **INFORMATION** filed.

❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**      ❏ **Not Guilty**
             ❏ **Guilty as to:**
                  ❏ **Count(s):**
                  ❏ **Count(s):**          ❏ dismissed on oral motion of USA
                                           ❏ to be dismissed at sentencing

❏ Written plea agreement filed    ❏ **ORDERED SEALED**

❏ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.

❏ **CRIMINAL TERM:**

   **DISCOVERY DISCLOSURE DATE:**

❏ **ORAL ORDER** that defendant be released and continued under the same conditions previously
   imposed by the U. S. Magistrate Judge.

❏  Defendant remanded to custody of U. S. Marshal.

❏ Rule 44 Hearing:   ❏ Waiver of Conflict of Interest Form executed
            ❏ Defendant requests time to secure new counsel