IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:07-cr-00263-SRW |
| | ) | |
| SEBASTIAN BERNABE | ) | |

### **ORDER**

Upon consideration of the government's motion to dismiss information (Doc. # 6), filed December 17, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

DONE, this 19th day of December, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE